The Court grants, vacates, and remands this case in light of Moore v. Texas , 581 U.S. ----, 137 S.Ct. 1039, 197 L.Ed.2d 416 (2017). But Moore was handed down on March 28, 2017-almost five months before the Supreme Court of Kentucky reached a decision in this case. I would accordingly deny the petition for the reasons previously stated in my dissent in Kaushal v. Indiana , 585 U.S. ----, ----, 138 S.Ct. 2567, 201 L.Ed.2d 1094 (2018), and in Justice Scalia's dissenting opinion in Webster v. Cooper, 558 U.S. 1039, 1040, 130 S.Ct. 456, 175 L.Ed.2d 506 (2009).